IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| LEVI WHITE, )<br>)<br>        Plaintiff, )<br>)<br>v. )<br>)<br>CBE CUSTOMER SOLUTIONS, INC., )<br>)<br>        Defendant. )<br>)<br>) | CIVIL ACTION NO.<br>1:16-cv-00064 |

DEFENDANT'S CERTIFICATE OF
INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

**COMES NOW** defendant, by and through its undersigned counsel, appearing specially so as to preserve any and all defenses available under Rule 12 of the Federal Rules of Civil Procedure and pursuant to Local Rule 7.1.1, discloses the following information:

(1)     The undersigned counsel of record for HSBC certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

A.     Plaintiff Levi White;

B.     Defendant CBE Customer Scolutions, Inc.;

C.     CBE Companies, Inc.

(2)     The undersigned further certifies that the following is a full and complete list of all officers, directors, or trustees of CBE Companies Inc.:

| Name and Title | Address |
|---|---|
| Chad W. Benson, President | 1309 Technology Parkway<br>Cedar Falls, IA 50613 |
| Thomas R. Penaluna, Chairman | 1309 Technology Parkway<br>Cedar Falls, IA 50613 |
| Robert S. Kahler, Treasurer | 1309 Technology Parkway<br>Cedar Falls, IA 50613 |
| Michael L. Frost, Secretary | 1309 Technology Parkway<br>Cedar Falls, IA 50613 |

(3) The undersigned further certifies that the following is a full and complete list of all other persons, firms, partnerships, corporations, or organizations that have a financial interest in, or another interest which could be substantially affected by, the outcome of this case (including a relationship as a parent or holding company or similar relationship): <u>None other than those identified above.</u>

Respectfully submitted this the 13th day of May, 2016.

        *s/ Alan D. Leeth*
        Alan D. Leeth
        Georgia Bar No. 472031
        aleeth@burr.com
        BURR & FORMAN LLP
        171 17th Street, NW, Suite 1100
        Atlanta, GA
        Telephone: (404) 815-3000
        Fax: (405) 817-3244
        Attorney for Defendant
        CBE CUSTOMER SOLUTIONS, INC.

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has been served on the following by directing same to their office addresses through first-class, United States mail, postage prepaid, on this the 13th day of May, 2016:

Levi White<br>
2158 B Street<br>
Augusta, GA  30904

                        *s/ Alan D. Leeth*
                        OF COUNSEL