IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| LEVI WHITE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 116-064 |
| | ) | |
| CBE CUSTOMER SOLUTIONS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## SCHEDULING ORDER

In consideration of Fed. R. Civ. P. 16(b), the Local Rules, and the Rule 26(f) Report, the Court imposes the following scheduling deadline:

| | |
|---|---|
| DATE ISSUE JOINED | June 13, 2016 |
| DATE OF RULE 26(f) CONFERENCE | June 14, 2016 |
| LAST DAY FOR FILING MOTIONS TO AMEND OR ADD PARTIES | August 12, 2016 |
| LAST DAY TO FURNISH EXPERT WITNESS REPORT BY PLAINTIFF | September 13, 2016 |
| LAST DAY TO FURNISH EXPERT WITNESS REPORT BY DEFENDANT | October 12, 2016 |
| CLOSE OF DISCOVERY | November 12, 2016 |
| LAST DAY FOR FILING CIVIL MOTIONS INCLUDING *DAUBERT* MOTIONS, but EXCLUDING MOTIONS IN LIMINE | December 13, 2016 |

The Court hereby incorporates as if fully set forth herein the parties' agreement regarding the preservation, disclosure, or discovery of electronically stored information. (Doc. no. 10, ¶ 9.)

SO ORDERED this 23rd day of June, 2016, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA