# United States District Court

*Southern District of Georgia*

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2016 JUN 30 A 10: 47

CLERK __Burton__
           SO. DIST. OF GA.

LEVI WHITE,

_____
Plaintiff

v.   CBE CUSTOMER SOLUTIONS, INC.,

_____
Defendant

Case No. ___1:16-cv-00064___

Appearing on behalf of
___CBE CUSTOMER SOLUTIONS, INC.___
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __30th__ day of __June__, __2016__.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | Dale T. Golden |
| Business Address: | Golden Scaz Gagain |
| | Firm/Business Name |
| | 201 North Armenia Avenue |
| | Street Address |
| | Street Address (con't) — Tampa — FL — 33609 |
| | City — State — Zip |
| | Mailing Address (if other than street address) |
| | Address Line 2 — City — State — Zip |
| | (813) 251-5500 |
| | Telephone Number (w/ area code) — Georgia Bar Number |
| Email Address: | dgolden@gsgfirm.com |