IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2016 AUG 26  P 1:14
CLERK _OBurton_
SO. DIST. OF GA.

**LEVI WHITE**
**PLAINTIFF**

VS                                                  Case No. CV 1:16 CV 00064

**CBE CUSTOMER SOLUTIONS INC.**

Defendant

# NOTICE OF SETTLEMENT

NOW COMES the Plaintiff Levi White, and hereby informs the Court that a settlement of the present matter has been reached between Plaintiff, Levi White and the Defendant in this cause of action. The parties have reached a agreement and a Motion to Dismiss with Prejudice will be filed by the Plaintiff upon completion of all settlement matters.

Respectfully Submitted

_[signature]_  8/26/2016

Levi White
2158 B Street
Augusta Ga. 30904
706-294-8822

# CERTIFICATE OF SERVICE

The true and correct copy of the foregoing document was sent to the below named parties by first mail.

Signed August 26 2016

*[signature]*

Dale Golden
GOLDEN SCAZ GAGAIN
201 North Armenia Avenue
Tampa Fl. 33609
(813) 251- 5500