IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| LEVI WHITE, | * | |
| Plaintiff, | * | |
| v. | * | CV 1:16-64 |
| CBE CUSTOMER SOLUTIONS, INC., | * | |
| Defendant. | * | |

**O R D E R**

Presently before the Court is Plaintiff's Motion for Order of Dismissal with Prejudice. (Doc. 15). The Court must deny Plaintiff's motion because it does not comply with Federal Rule of Civil Procedure 41(a)(1)(A). Rule 41(a)(1)(A) states that if the opposing party has already served the Plaintiff with an answer, he can no longer voluntarily dismiss the case unless all parties sign a stipulation of dismissal. Defendant answered Plaintiff's complaint prior to Plaintiff's filing of this motion to dismiss, but Plaintiff's motion is not a stipulation of dismissal and is not signed by all parties. Thus, Plaintiff's motion is **DENIED WITHOUT PREJUDICE** for failure to comply with Rule 41 (a)(1)(A).

**ORDER ENTERED** at Augusta, Georgia, this 22nd day of September, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA