IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| LEVI WHITE, | * | |
| Plaintiff, | * | |
| v. | * | CV 1:16-00064 |
| CBE CUSTOMER SOLUTIONS, INC., | * | |
| Defendant. | * | |

**O R D E R**

Presently before the Court is parties' Joint Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 18.) Accordingly, this matter shall be **DISMISSED WITH PREJUDICE** and each party shall bear its own costs and fees. The Clerk is instructed to **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 26th day of September, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA